UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY REAUX,
    Plaintiff

VERSUS

CLAYTON SIBLEY, et al.,
    Defendants

CIVIL ACTION
SECTION "P"
NO. 3:09-CV-00407

JUDGE JAMES T. TRIMBLE
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment is GRANTED and Reaux's action against all defendants is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 14th day of June, 2011.

                                          JAMES T. TRIMBLE
                                      UNITED STATES DISTRICT JUDGE